JS 44 (Rev. 3/13)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
BANK OF AMERICA, N.A.

**(b)** County of Residence of First Listed Plaintiff: MONTGOMERY N.C.
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
PIERCE & ASSOCIATES, P.C.
IN DEARBORN, SUITE 1300
CHICAGO, IL 60602

## DEFENDANTS
JOSEF BOZEK

County of Residence of First Listed Defendant: Cook
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
- Citizen of This State: DEF X - Incorporated or Principal Place of Business In This State
- Incorporated and Principal Place of Business In Another State: PTF X

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights

Stamps/annotations: "15cv6739 JUDGE BLAKEY MAG. JUDGE ROWLAND"

FILED JUL 31 2015 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

## V. ORIGIN
[X] 2 Removed from State Court

## VI. CAUSE OF ACTION
28 USC 1983
DISCRIMINATION

## VII. Previous Bankruptcy Matters
(blank)

## VIII. REQUESTED IN COMPLAINT:
DEMAND $ 1,000,000
JURY DEMAND: [X] Yes

## X. This case
[X] Is not a refiling of a previously dismissed action

DATE: June 31, 2015
SIGNATURE OF ATTORNEY OF RECORD: Josef Bozek Pro Se