APPEARANCE F
DISTRICT COURT FOR T  15cv6739
                       JUDGE BLAKEY
                       MAG. JUDGE ROWLAND

Information entered on this form is requ                                    :o se
party (that is, without an attorney).

NAME: _____JOSEF BOZEK_____
                (Please print)

STREET ADDRESS: _____616 THE LANE_____

CITY/STATE/ZIP: _____HINSDALE, IL 60521_____

PHONE NUMBER: _____630-986-1065_____

CASE NUMBER: _____

_____Josef Bozek_____          _____7-31-2015_____
        Signature                           Date

**REQUEST TO RECEIVE NOTICE THROUGH E-MAIL**

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☐ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

_____
E-Mail Address
(Please Print Clearly)

**FILED**
JUL 31 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Updated 03/26/14