IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
| | ) |
| Plaintiff-Appellee, | ) |
| | ) CIVIL ACTION   1:15-CV-06739 |
| vs. | ) |
| | ) |
| JOSEF BOZEK; EVA BOZEK, a/k/a EWA BOZEK; | ) |
| UNKNOWN OWNERS AND NONRECORD | ) |
| CLAIMAINTS; and CHICAGO TITLE LAND TRUST | ) |
| CO., AS SUCCESSOR TRUSTEE TO FIRST NATIONAL | ) |
| BANK OF LAGRANGE UNDER THE TRUST AGREEMENT | ) |
| DATED MAY 17, 1991 a/k/a TRUST NO. 3003, | ) |

Defendants-Appellants.

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

On June 13, 2018, at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John Robert Blakey, or any Judge sitting in his/her stead, at 219 S. Dearborn Street, Chicago, IL 60604 in Courtroom 1203, usually occupied by said Judge in the and

THEN AND THERE MOVE THIS HONORABLE COURT FOR ENTRY OF AN ORDER REOPENING CASE, REMANDING TO STATE COURT AND RECLOSING CASE

Respectfully submitted,
/s/ Ira T. Nevel
Law Offices of Ira T. Nevel, LLC
175 N. Franklin Street, Suite 201
Chicago, IL 60606
(312) 357-1125
Pleadings@nevellaw.com
*Counsel for Defendant*
ARDC #6185808

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Case: 1:15-cv-06739 Document #: 13 Filed: 06/07/18 Page 2 of 2 PageID #:1455

## PROOF OF SERVICE BY MAIL/EMAIL

The undersigned, a non-attorney, served the above and foregoing document(s), upon all persons entitled to notice in this cause on ____6-7____, 2018, (1) via email to:

FIDELITY NATIONAL LAW – barry.brotine@fnf.com
    and

(2) by placing a copy of the Notice and all documents referenced herein in envelopes addressed to each of the parties on the service list, affixing proper postage to each envelope, and depositing same in the United States Mail at 175 North Franklin Street, Chicago, Illinois, at 5:00 p.m. ____6-7____, 2018.

LAW OFFICES OF IRA T. NEVEL, LLC
BY: Vicky Batterton

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the above signed certifies that the statements set forth herein are true and correct.

Attorney No. 18837
**LAW OFFICES OF IRA T. NEVEL, LLC**
Attorney for Plaintiff
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Richard Drezek
Aaron Nevel
175 North Franklin St. Suite 201
Chicago, Illinois 60606
(312) 357-1125
Pleadings@nevellaw.com
VB
# 18-02018

## SERVICE LIST

PIERCE AND ASSOCIATES
SUITE 1300
1 NORTH DEARBORN STREET
CHICAGO, IL 60602

FIDELITY NATIONAL LAW
10 S. LASALLE STREET, SUITE 2750
CHICAGO, IL 60603

JOSEF BOZEK
616 THE LN
HINSDALE, IL 60521

EVA BOZEK
616 THE LN
HINSDALE, IL 60521