# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Bank of America, N.A.

                              Plaintiff,

v.                                             Case No.: 1:15−cv−06739
                                                 Honorable John Robert Blakey

Josef Bozek

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 11, 2018:

      MINUTE entry before the Honorable John Robert Blakey: The Court previously dismissed this case because the face of the complaint showed that the requirements for removal were not satisfied. This Court never took jurisdiction of the matter, and therefore did not include in the dismissal order language remanding the case back to the Circuit Court. See [7]. Plaintiff now requests such language in order to pursue the matter in state court. Accordingly, this case is remanded to the Circuit Court of Cook County. All pending motions remain terminated and the 6/13/18 notice of motion date is stricken. This case remains closed. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.