# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Bank of America, N.A.

                                 Plaintiff,

v.                                               Case No.: 1:15–cv–06739
                                               Honorable John Robert Blakey

Josef Bozek

                               Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 18, 2018:

      MINUTE entry before the Honorable John Robert Blakey: In 2015, this Court dismissed this case for lack of jurisdiction as the notice of removal failed to show that the requirements for removal had been met [7]. On 6/11/2018, this Court issued an order expressly remanding the case to the Circuit Court of Cook County to enable Plaintiff to pursue its claims in state court [14]. This Court now denies Defendant's motion for reconsideration of that order [15]. To prevail on a motion for reconsideration, the moving party "must demonstrate a manifest error of law or fact or present newly discovered evidence." Vesely v. Armslist LLC, 762 F.3d 661, 666 (7th Cir. 2014) (quoting Boyd v. Tornier, Inc., 656 F.3d 487, 492 (7th Cir. 2011)). Defendant neither offers new evidence nor identifies any error of law in this Court's prior orders addressing this Court's lack of jurisdiction here. This Court has not reopened this case; its order of June 11 merely enabled Plaintiff to satisfy the procedural requirements of the state court, where the parties must pursue any relevant claims. This case remains closed. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.