

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**Thomas G. Bruton**
CLERK

312-435-5670

June 25, 2018

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL  60602

Re: Bank of America, N.A. v. Bozek
USDC No: 1:15-cv-6739

Circuit Court No:  10CH47361

Dear Clerk:

A certified copy of an order entered on 06/11/2018 by the Honorable Judge Blakey, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By:    /s/ J. Koselke
       Deputy Clerk